IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK V. OSLZLY, | ) | 4:03CV3389 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY OF NEBRASKA- | ) | |
| LINCOLN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear his or its own costs and attorneys fees.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge